UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-11-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LAMONT DEVORE HAIRSTON | |

On motion of the Defendant, Lamont D. Hairston, and for good cause shown, it is hereby

ORDERED that the **[DE #47]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 1st day of December, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge