UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-11-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| LAMONT DEVORE HAIRSTON | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED Docket Entry Number 52 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of Docket Entry 52 and any order concerning the same to the United States Attorney's Office.

SO ORDERED, this __4th__ day of ____January____, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge